MADE JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN WIMBY,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>NATIONSTAR MORTGAGE LLC et al; Christine Odom as agent for MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; QUALITY LOAN SERVICE CORP. as trustee, its, associates, agents, servants, as : Third party defendants hereto<br><br>Defendants,<br><br>Vangie Ortega, H. (Tony) Barone, and Mary Jane Sarne as Assistant Vice President.<br><br>　　　　　　　　Third-Party-Defendants | Case No.  CV-09-4178-GW-VBK<br><br>**JUDGMENT OF DISMISSAL WITH PREJDICE** |

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4811

On July 12, 2010, the Court entered an Order Granting Defendant NATIONSTAR MORTGAGE, LLC, ANTHONY H. (TONY) BARONE, and CHRISTINE ODOM's Motion to Dismiss [doc. no. 25].  The Court gave Plaintiff CAROLYN WIMBY until July 30, 2010 to file a second amended complaint.  On August 5, 2010, the Court granted Plaintiff's request for additional time to file her second amended complaint and the order that it be filed with the Court and served on the defendant by August 26, 2010.  Plaintiff has failed to do so.

As Plaintiff has failed to amend the complaint within the time allowed by the Court, and for the reasons explained in the Court's Order granting Defendant's Motion to Dismiss, the Court

«MAT_File_»

1  hereby DISMISSES all claims against NATIONSTAR MORTGAGE, LLC, ANTHONY H.
2  (TONY) BARONE, and CHRISTINE ODOM with prejudice.
3       IT IS SO ORDERED.

5  Dated: September 9, 2010            By: _____
                                          Hon. George H. Wu
6                                         Judge of United States District Court